**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **VICTOR ROMERO-GUTIERREZ,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-2368-SLP** |
| **WARDEN, DIAMONDBACK CORRECTIONAL FACILITY, et al.,** | ) | |
| **Respondents.** | ) | |

# ORDER

The Court ORDERS Respondents to update the Court on the status of Petitioner's departure. If Petitioner has departed, they must provide the Court with the date of departure. Respondents shall provide this update to the Court on or before November 13, 2026.

Respondents are further ordered to provide an explanation for the discrepancy between Respondents' representations regarding Petitioner's removal proceedings and the information available from the Executive Office of Immigration Review (EOIR). Respondents represent that Petitioner was granted voluntary departure, Doc. 14, but EOIR's Automated Case Information shows Petitioner's removal proceedings are pending. EOIR,

Automated Case Information, https://acis.eoir.justice.gov/en/caseInformation (last visited Oct. 28, 2026).

**SO ORDERED** this 28th day of October, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE